(Appeal No. 3.)— Order modified by allowing an examination as to all the items stated in the notice of taking testimony herein, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY J. MARKS, a Stockholder in H. J. MARKS & Co., INC., Suing in Behalf of Himself and Other Stockholders, etc., Respondent, v. PHILLIPS BADENHAUSEN, Individually and as Treasurer and Director and Another, Appellants, Impleaded with Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted and defendants permitted to answer within ten days from date of entry of order on payment of ten dollars costs to the plaintiff. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of FRED C. BONNET, Appellant, Stockholder of the CONSOLIDATED FILM INDUSTRIES, INC., Respondent, for the Appointment of Appraisers to Appraise the Value of His Stock.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT P. MARSHALL, Appellant, v. JAMES S. BARRON, Respondent, Impleaded with Others, Defendants, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for service of the bill of particulars to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT P. MARSHALL, Appellant, v. JAMES S. BARRON, Respondent, Impleaded with WILLIAM R. SIMONDS and Others, Appellants, etc.— Order modified by adding after the date to be set for examination the provision: " On successive days, not more than one of said parties being required to attend on any one day; " and further by striking out item 2 of the subject-matter of said examination; and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of WILBUR C. LAMPHIER and Others, Appellants, for a Peremptory Mandamus Order against JOHN S. TWADDELL, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH P. KENRICK, Respondent, v. GEORGE GILCHRIST and Others, Appellants — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH P. KENRICK, Respondent, v. GEORGE GILCHRIST and Others, Appellants.— Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL N. EPSTEIN, Respondent, v. ABRAHAM N. NYMAN, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IRENE S. WALLER, Appellant, v. FREDERICK WALLER, JR., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.